FILED
2018 Feb-07  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN MITCHELL, JR., ] | |
| ] | |
| PLAINTIFF, ] | |
| ] | |
| v. ] | CIVIL ACTION NO.: |
| ] | 7:17-CV-1488-LSC |
| EQUIFAX INFORMATION ] | |
| SERVICES, LLC., ] | |
| ] | |
| DEFENDANT. ] | |

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT**

Plaintiff Steven Mitchell, Jr. ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice with respect to his claims against Equifax on or before March 9, 2018.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
Telephone:  615-370-9659
Facsimile:  615-370-4099
Email:       MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

*/s/ Micah S. Adkins*
Micah S. Adkins